| | | | |
|---|---|---|---|
| REGINALD DWIGHT and ) | | | |
| MICHAEL SUMMEROW and all others ) | | Plaintiffs ) | |
| similarly situated in the State of Tennessee ) | | ) | |
| who have or had a Tennessee Pawn or ) | | ) | |
| Pledge Loan with the Defendant and ) | | vs. ) | |
| made payments of interest in excess ) | | ) | |
| of 2% per month on any loan and/or fees ) | No. 04C1289 | TITLEMAX OF TENNESSEE, INC. ) | |
| in excess to that which was allowable under ) | | ) | |
| T.C.A. § 45-6-210 and T.C.A. § 45-15-111 ) | Division I | Defendant | |
| the year preceding the filing ) | | | |
| of this Complaint, ) | JURY DEMAND | DAVID DOWDY, JR., NANCY DUGGAN,) | |
| ) | | ALLINE GOINS, SHELLY HARDISON, ) | |
| Plaintiffs ) | | RONNIE HELTON, RONNIE KEITH, ) | |
| ) | | JAMES TEEMS, and all others ) | |
| ) | | similarly situated in the State of Tennessee ) | |
| ) | | who have or had a Tennessee Pawn or ) | |
| TITLEMAX OF TENNESSEE, INC., ) | | Title Pledge Loan with the Defendant and ) | |
| ) | | have made payments of interest in excess ) | |
| Defendant ) | | of 2% per month on any loan and/or fees ) | No. 04C1733 |
| | | in excess to that which was allowable under ) | |
| SALLIE COLLINS, LACY HOLT, ) | | T.C.A. § 45-6-210 and T.C.A. § 45-15-111 ) | Division 1 |
| MAURICE SADIKOFF, DELORIS ) | | within the year preceding the filing ) | |
| WILLIAMS and all others ) | | of this Complaint, ) | JURY DEMAND |
| similarly situated in the State of Tennessee ) | | ) | |
| who have or had a Tennessee Pawn or ) | | Plaintiffs ) | |
| Title Pledge Loan with the Defendant and ) | | ) | |
| have made payments of interest in excess ) | | vs. ) | |
| of 2% per month on any loan and/or fees ) | No. 04C1572 | ) | |
| in excess to that which was allowable under ) | | TITLEMAX OF TENNESSEE, INC. ) | |
| T.C.A. § 45-6-210 and T.C.A. § 45-15-111 ) | Division I | ) | |
| within the year preceding the filing ) | | Defendant ) | |
| of this Complaint, ) | JURY DEMAND | | |

# PLEADINGS INDEX

## VOLUME 1

| 1. | Complaint – Summerow & Dwight | 08/06/04 |
|---|---|---|
| 2. | Amended Complaint – Summerow & Dwight | 08/10/04 |
| 3. | Notice of Appearance – Summerow & Dwight | 09/22/04 |
| 4. | Motion for Class Certification – Summerow & Dwight | 09/21/04 |
| 5. | Complaint – Collins, et al | 10/06/04 |
| 6. | Answer – Summerow & Dwight | 10/12/04 |
| 7. | Notice of Appearance – Collins, et al | 10/19/04 |
| 8. | Plaintiff's Amended Motion for Class Certification – Summerow & Dwight | 10/20/04 |
| 9. | Plaintiff's Motion to Strike – Summerow & Dwight | 10/20/04 |
| 10. | Order on Motion to Set Hearing for Class Certification – Summerow | 10/20/04 |
| 11. | Plaintiff's Motion to Compel Discovery Responses – Summerow & Dwight | 10/29/04 |
| 12. | Order Striking Affirmative Defenses (Hearing on 11/01/04) | no date stamp |
| 13. | Complaint – Dowdy | 11/04/04 |
| 14. | Order | 12/08/04 |

| 15. | Motion to Stay and Compel Arbitration | 12/09/04 |
|---|---|---|
| 16. | Affidavit of Tracy Young in Support of Motion to Compel Arbitration | 12/09/04 |
| 17. | Memorandum in Support of Plaintiff's Motion for Class Certification | 12/15/04 |
| 18. | Memorandum in Response & Opposition to Plaintiff's Amended Motion for Class Certification | 12/15/04 |
| 19. | Motion to Amend Complaint | 12/16/04 |
| 20. | Motion for Extension of Time to Respond to Motion for Stay and to Compel Arbitration and/or Set a Disposition Date | 12/16/04 |

```
REGINALD DWIGHT and              )
MICHAEL SUMMEROW and all others  )                                                                        )
similarly situated in the State of Tennessee  )                    Plaintiffs                             )
who have or had a Tennessee Pawn or  )                                                                    )
Title Pledge Loan with the Defendant and  )                        vs.                                    )
have made payments of interest in excess  )                                                               )
of 2% per month on any loan and/or fees  )   No. 04C1289           TITLEMAX OF TENNESSEE, INC.            )
in excess to that which was allowable under  )                                                            )
T.C.A. § 45-6-210 and T.C.A. § 45-15-111  )  Division 1            Defendant                              )
within the year preceding the filing  )                                                                   )
of this Complaint,               )           JURY DEMAND           DAVID DOWDY, JR., NANCY DUGGAN,)
                                 )                                 ALLINE GOINS, SHELLY HARDISON,  )
     Plaintiffs                  )                                 RONNIE HELTON, RONNIE KEITH,    )
                                 )                                 JAMES TEEMS, and all others     )
vs.                              )                                 similarly situated in the State of Tennessee  )
                                 )                                 who have or had a Tennessee Pawn or   )
TITLEMAX OF TENNESSEE, INC.,     )                                 Title Pledge Loan with the Defendant and  )
                                 )                                 have made payments of interest in excess  )
     Defendant                   )                                 of 2% per month on any loan and/or fees   )   No. 04C1733
                                 )                                 in excess to that which was allowable under  )
SALLIE COLLINS, LACY HOLT,       )                                 T.C.A. § 45-6-210 and T.C.A. § 45-15-111  )  Division 1
MAURICE SADIKOFF, DELORIS        )                                 within the year preceding the filing  )
WILLIAMS and all others          )                                 of this Complaint,              )   JURY DEMAND
similarly situated in the State of Tennessee  )                                                    )
who have or had a Tennessee Pawn or  )                             Plaintiffs                      )
Title Pledge Loan with the Defendant and  )                                                        )
have made payments of interest in excess  )                        vs.                             )
of 2% per month on any loan and/or fees  )   No. 04C1572                                           )
in excess to that which was allowable under  )                     TITLEMAX OF TENNESSEE, INC.     )
T.C.A. § 45-6-210 and T.C.A. § 45-15-111  )  Division 1                                            )
within the year preceding the filing  )                            Defendant                       )
of this Complaint,               )           JURY DEMAND
```

## PLEADINGS INDEX

## VOLUME II

| 21. | Motion to Postpone Ruling on Class Certification or in the Alternative Motion to Enlarge Time to Respond to Plaintiff's Motion to Amend Complaint | 12/22/04 |
|---|---|---|
| 22. | Opposition to Motion to Postpone Ruling on Class Certification or, in the alternative, Motion to Enlarge Time to Respond to Defendant's Motion to Amend Complaint | 02/01/05 |
| 23. | Plaintiffs' Response to Defendant's Motion for Stay and to Compel Arbitration | 02/03/05 |
| 24. | Reply to Plaintiff's Response to Defendant's Motion for Stay and to Compel Arbitration (Dwight & Summerow) | 02/17/05 |
| 25. | Reply to Plaintiff's Response to Defendant's Motion for Stay and to Compel Arbitration (Collins, et al) | 02/17/05 |
| 26. | Reply to Plaintiff's Response to Defendant's Motion for Stay and to Compel Arbitration (Dowdy, et al) | 02/17/05 |
| 27. | Order of Transfer (Dowdy, et al) | 03/01/05 |
| 28. | Second Amended Complaint (Dwight & Summerow) | 03/18/05 |
| 29. | First Amended Complaint (Collins, et al) | 03/18/05 |

| 30. | First Amended Complaint (Dowdy, et al) | 03/18/05 |
| --- | --- | --- |
| 31. | Memorandum Opinion | 03/24/05 |
| 32. | Motion/Application for Permission to Appeal Under Rule 9 of the Tennessee Rules of Appellate Procedure (Dwight & Summerow; Collins, et al) | 04/22/05 |
| 33. | Plaintiffs' Motion to Compel Responses to Discovery Requests | 05/05/05 |
| 34. | Order on Motion to Compel | 06/09/05 |
| 35. | Order Granting Permission to Appeal | |

| | | | | | |
|---|---|---|---|---|---|
| REGINALD DWIGHT and<br>MICHAEL SUMMEROW and all others<br>similarly situated in the State of Tennessee<br>who have or had a Tennessee Pawn or<br>Title Pledge Loan with the Defendant and<br>have made payments of interest in excess<br>of 2% per month on any loan and/or fees<br>in excess to that which was allowable under<br>T.C.A. § 45-6-210 and T.C.A. § 45-15-111<br>within the year preceding the filing<br>of this Complaint,<br><br>Plaintiffs<br><br>vs.<br><br>TITLEMAX OF TENNESSEE, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04C1289<br>Division 1<br>JURY DEMAND | Plaintiffs<br><br>vs.<br><br>TITLEMAX OF TENNESSEE, INC.<br><br>Defendant<br><br>DAVID DOWDY, JR., NANCY DUGGAN,<br>ALLINE GOINS, SHELLY HARDISON,<br>RONNIE HELTON, RONNIE KEITH,<br>JAMES TEEMS, and all others<br>similarly situated in the State of Tennessee<br>who have or had a Tennessee Pawn or<br>Title Pledge Loan with the Defendant and<br>have made payments of interest in excess<br>of 2% per month on any loan and/or fees<br>in excess to that which was allowable under<br>T.C.A. § 45-6-210 and T.C.A. § 45-15-111<br>within the year preceding the filing<br>of this Complaint,<br><br>Plaintiffs<br><br>vs.<br><br>TITLEMAX OF TENNESSEE, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04C1733<br>Division 1<br>JURY DEMAND |
| SALLIE COLLINS, LACY HOLT,<br>MAURICE SADIKOFF, DELORIS<br>WILLIAMS and all others<br>similarly situated in the State of Tennessee<br>who have or had a Tennessee Pawn or<br>Title Pledge Loan with the Defendant and<br>have made payments of interest in excess<br>of 2% per month on any loan and/or fees<br>in excess to that which was allowable under<br>T.C.A. § 45-6-210 and T.C.A. § 45-15-111<br>within the year preceding the filing<br>of this Complaint, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04C1572<br>Division 1<br>JURY DEMAND | | | |

## PLEADINGS INDEX

## VOLUME III

| 36. | Rule 9 Application to Appeal by Permission | 09/19/05 |
|---|---|---|
| 37. | Answer of Appellee, Titlemax of Tennessee, Inc., in Opposition to Appellant's Application for Permission to Appeal | 09/29/05 |
| 38. | Plaintiffs' Motion for Contempt for Failure to Supply Discovery Responses | 09/29/05 |
| 39. | Stipulation and Protective Order | 10/07/05 |

| REGINALD DWIGHT and | ) | | | |
| MICHAEL SUMMEROW and all others | ) | | Plaintiffs | ) |
| similarly situated in the State of Tennessee | ) | | | ) |
| who have or had a Tennessee Pawn or | ) | | | ) |
| Title Pledge Loan with the Defendant and | ) | | vs. | ) |
| have made payments of interest in excess | ) | | | ) |
| of 2% per month on any loan and/or fees | ) | No. 04C1289 | TITLEMAX OF TENNESSEE, INC. | ) |
| in excess to that which was allowable under | ) | | | ) |
| T.C.A. § 45-6-210 and T.C.A. § 45-15-111 | ) | Division 1 | Defendant | |
| within the year preceding the filing | ) | | | |
| of this Complaint, | ) | JURY DEMAND | DAVID DOWDY, JR., NANCY DUGGAN, ) |
| | ) | | ALLINE GOINS, SHELLY HARDISON, ) |
| Plaintiffs | ) | | RONNIE HELTON, RONNIE KEITH, ) |
| | ) | | JAMES TEEMS, and all others ) |
| vs. | ) | | similarly situated in the State of Tennessee ) |
| | ) | | who have or had a Tennessee Pawn or ) |
| TITLEMAX OF TENNESSEE, INC., | ) | | Title Pledge Loan with the Defendant and ) |
| | ) | | have made payments of interest in excess ) |
| Defendant | ) | | of 2% per month on any loan and/or fees ) No. 04C1733 |
| | | | in excess to that which was allowable under ) |
| SALLIE COLLINS, LACY HOLT, | ) | | T.C.A. § 45-6-210 and T.C.A. § 45-15-111 ) Division 1 |
| MAURICE SADIKOFF, DELORIS | ) | | within the year preceding the filing ) |
| WILLIAMS and all others | ) | | of this Complaint, ) JURY DEMAND |
| similarly situated in the State of Tennessee | ) | | ) |
| who have or had a Tennessee Pawn or | ) | | Plaintiffs ) |
| Title Pledge Loan with the Defendant and | ) | | ) |
| have made payments of interest in excess | ) | | vs. ) |
| of 2% per month on any loan and/or fees | ) | No. 04C1572 | ) |
| in excess to that which was allowable under | ) | | TITLEMAX OF TENNESSEE, INC. ) |
| T.C.A. § 45-6-210 and T.C.A. § 45-15-111 | ) | Division 1 | ) |
| within the year preceding the filing | ) | | Defendant ) |
| of this Complaint, | ) | JURY DEMAND | |

## PLEADINGS INDEX

## VOLUME IV

| 40. | Answer of Appellee, Titlemax of Tennessee, Inc., in Opposition to Appellants' Application for Permission to Appeal | 09/30/05 |
|---|---|---|
| 41. | Order denying appeal | |
| 42. | Motion to Compel Answers to Plaintiffs' Second Interrogatories to Defendant | 11/10/05 |
| 43. | Order on Motion to Compel Answers to Second Interrogatories | |
| 44. | Motion for Class Certification | 01/04/06 |
| 45. | Memorandum in Response and Opposition to Plaintiff's Second Motion for Class Certification | 01/25/06 |
| 46. | Order Granting Class Certification | 03/13/06 |
| 47. | Proposed Class Action Notice | 05/21/06 |
| 48. | Motion to Approve Class Action Notice | 06/05/06 |
| 49. | Objection to Proposed Class Action Notice | 06/29/06 |
| 50. | Notice of Mailing of Class Action Notices | 07/19/06 |
| 51. | Defendant's Motion for Summary Judgment on Plaintiffs' Class Claims | 02/15/08 |

|     | under the TCPA | |
| --- | --- | --- |
| 52. | Defendant's Memorandum in Support of Motion for Summary Judgment on Plaintiffs' Class Claims under the TCPA | 02/15/08 |
| 53. | Motion to Amend Complaint | 02/21/08 |
| 54. | Response to Motion for Summary Judgment | 04/25/08 |
| 55. | Motion to Dismiss | 05/06/08 |
| 56. | Memorandum in Support of Motion to Dismiss | 05/06/08 |
| 57. | Response to Motion to Dismiss | 05/12/08 |
| 58. | Order | 08/05/08 |
| 59. | Order Granting Application for Permission to Appeal Under Rule 9 of the TN Rules of Appellate Procedure | 10/08/08 |
| 60. | Motion to Stay Proceedings | 12/09/08 |
| 61. | Notice of Filing of Bankruptcy | 04/22/09 |